IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLARK L. POSEY, JR., #266851, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-943-WKW |
| | ) [WO] |
| | ) |
| KIM THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff, an indigent state inmate presently incarcerated at Donaldson Correctional Facility ("Donaldson"), filed this 42 U.S.C. § 1983 action, alleging violations of his civil rights during his incarceration at Donaldson. Before the court is Plaintiff's Motion for Preliminary Injunction. (*See* Compl., at 9, "Prayer for Relief.") Upon careful consideration of the motion, it is ORDERED that the Motion for Preliminary Injunction (Doc. # 1) is DENIED for failure of Plaintiff to demonstrate the requisite elements for preliminary injunctive relief. *See Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002) (setting forth the four elements a plaintiff must demonstrate to obtain a preliminary injunction).

This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 23rd day of September, 2014.

                                        /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE